FILED

06/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0349



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0349

KIMBERLY COLE,

    Petitioner,

v.

CAPT BRADLEY BRAGG and BRIAN
GOOTKIN, DIRECTOR OF MONTANA
DEPARTMENT OF CORRECTIONS,

    Respondent.

### GRANT OF MOTION TO PROCEED WITHOUT PAYMENT OF FILING FEE

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED June 3rd, 2024.

BOWEN GREENWOOD
Clerk of the Supreme Court